UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

*Sara A. Maple, et al. v. Bayer Pharmaceuticals Corporation, et al.*     No. 3:11-cv-13392-DRH-PMF

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on December 22, 2014 (MDL 2100 Doc. 3586-1 l.161) and February 9, 2015 (3:11-cv-13392 Doc. 6), the above captioned case is **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY: /s/*Cheryl A. Ritter*
Deputy Clerk

Date: February 10, 2015

APPROVED:

Digitally signed by David R. Herndon
Date: 2015.02.10 14:12:41 -06'00'

DISTRICT JUDGE
U. S. DISTRICT COURT